```
Janice A. Hubbard, Esq.
Law Office of Janice A. Hubbard
State Bar No. 4306
942 University Terrace
Reno, NV 89503
(775) 742-8524
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 3:23-CR-00032-MMD-CLB |
| v. | **ORDER GRANTING STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| BOBBY JO KISSEL, | |
| Defendant. | |
| _____/ | (First Solo Request) |

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant, BOBBY JO KISSEL through her attorney, JANICE A. HUBBARD, Esq., and Assistant United States Attorney, ANDOLYN JOHNSON, Counsel for the UNITED STATES OF AMERICA, that the sentencing hearing set for February 25, 2025, be vacated and continued to **March 24, 2025, at 10:00 a.m.**

    1. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

    2.  The continuance is requested by defense counsel who has a conflict with the current sentencing date.

    3.  Further, the additional time is requested to allow the parties to prepare for the sentencing hearing.

1

4. Defendant is out of custody and agrees with the continuance.

5. The parties agree to the continuance.

6. This Stipulation is made in good faith and with good cause, and not for the purposes of delay.

DATED this 18th day of February, 2025

United States Attorney

/s/ Andolyn Johnson/s/ Janice A. Hubbard
ANDOLYN JOHNSONJANICE A. HUBBARD, ESQ.
Assistant United States AttorneyCounsel for Defendant

**ORDER**

**IT IS HEREBY ORDERED THAT**, based upon the foregoing Stipulation by the parties, and GOOD CAUSE APPEARING, the sentencing hearing currently scheduled for February 25, 2025, be vacated and continued to March 24, 2025 at 10:00 a.m.

DATED  February 19, 2025

_____
HON. MIRANDA DU
UNITED STATES DISTRICT JUDGE